# EXHIBIT A

## LIST OF INFRINGING WORKS

| Copyright Registration Number | Title of Work | Infringing Link |
|---|---|---|
| PA0001922447 | After Sunbathing | http://collectionofbestporn.com/video/lustful-couple-having-great-passionate-sex.html |
| PA0001955538 | Aqua Fun | http://collectionofbestporn.com/video/lucy-and-her-beautiful-friend-lesbian-pool-fun.html |
| PA0001923126 | Emotion | http://collectionofbestporn.com/video/beautiful-couple-having-great-emotional-and-satisfying-sex.html |
| PA0001923130 | Finish Me | http://collectionofbestporn.com/video/horny-girlfriend-masturbating-and-gets-lovemaking-creampie.html |
| PA0001917312 | First | http://collectionofbestporn.com/video/lustful-lovers-having-hot-erotic-sex.html |
| PA0001931430 | Fly | http://collectionofbestporn.com/video/fantastic-busty-brunette-girlfriend-hot-morning-sex.html |
| PA0001923127 | Gypsy Fortune | http://collectionofbestporn.com/video/cute-asian-teen-with-perky-tits-having.html |
| PA0001955477 | New Love | http://collectionofbestporn.com/video/perfect-busty-blonde-fucking-with-her-boyfriend.html |
| PA0001955531 | Pour Toi Mon Amour 4 | http://collectionofbestporn.com/video/two-redheads-licking-and-fingering-each-other.html |
| PA0001931989 | Red Vinyl | http://collectionofbestporn.com/video/horny-andrea-p-masturbates-and-squirts-alone-on-bed.html |
| PA0001922625 | Room No 023 | http://collectionofbestporn.com/video/beautiful-brunette-victoria-blaze-ties-up-her-bf-and-riding-his-cock.html |

| | | |
|---|---|---|
| PA0001916892 | Saturday Night | http://collectionofbestporn.com/video/horny-couple-has-intimate-moments-in-kitchen.html |
| PA0001922633 | Snow Fun | http://collectionofbestporn.com/video/horny-romantic-couple-having-sex-at-chalet.html |
| PA0001922541 | Sunny Morning | http://collectionofbestporn.com/video/beautiful-busty-girlfriend-connie-carter-having-passionate-sex.html |
| PA0001922543 | Tantra Imaginations | http://collectionofbestporn.com/video/horny-busty-girl-gets-erotic-massage-and-crempie.html |
| PA0001931427 | The Cove | http://collectionofbestporn.com/video/malena-morgan-watching-her-friends-and-mastubate.html |
| PA0001922527 | The Heat | http://collectionofbestporn.com/video/lola-and-tania-play-with-each-other.html |
| PA0001922429 | Upper West Side | http://collectionofbestporn.com/video/sexy-capri-anderson-having-passionate-sex-and-creampie.html |
| PA0001955461 | Waiting for Rain | http://collectionofbestporn.com/video/beautiful-couple-having-sensual-outdoor-sex.html |
| PA0001931988 | Waltz With Me - Autumn | http://collectionofbestporn.com/video/beautiful-brunette-passionate-sucking-and-fucking.html |
| PA0001931424 | Waltz With Me - Winter | http://collectionofbestporn.com/video/girlfriend-gives-her-boyfriend-a-christmas-gift.html |

**EXHIBIT A** | Page 2 of 2