UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a METART FILMS<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPANKBANG.COM; and John Does 1-20,<br><br>　　　　　　Defendants. | **Case No.:**<br><br>**PLAINTIFF'S FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Hydentra HLP Int. Limited, through its attorney, Spencer D. Freeman, Freeman Law Firm, Inc., provides the following corporate disclosure statement:

Hydentra HLP Int. Limited has no parent corporation, is not publicly traded, and does not have a publicly traded corporation owning ten percent (10%) or more of its stock.

\\\

\\

\

PLAINTIFF'S FED.R.CIV.P. 7.1 CORPORATE
DISCLOSURE STATEMENT - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

RESPECTFULLY SUBMITTED this 15th day of April 2016.

**FREEMAN LAW FIRM, INC.**

   */s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org

Attorneys for Plaintiff

PLAINTIFF'S FED.R.CIV.P. 7.1 CORPORATE
DISCLOSURE STATEMENT - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)