✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

    In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☐ ACTION   ☐ APPEAL   **COURT NAME AND LOCATION**

| DOCKET NO. | DATE FILED |
|---|---|
| | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

    In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

    In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights
3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

| Copyright Registration Number | Title of Work | AUTHOR OR WORK |
|---|---|---|
| PA0001922447 | After Sunbathing | HYDENTRA HLP INT. LIMITED |
| PA0001955538 | Aqua Fun | HYDENTRA HLP INT. LIMITED |
| PA0001923126 | Emotion | HYDENTRA HLP INT. LIMITED |
| PA0001923130 | Finish Me | HYDENTRA HLP INT. LIMITED |
| PA0001917312 | First | HYDENTRA HLP INT. LIMITED |
| PA0001931430 | Fly | HYDENTRA HLP INT. LIMITED |
| PA0001923127 | Gypsy Fortune | HYDENTRA HLP INT. LIMITED |
| PA0001955477 | New Love | HYDENTRA HLP INT. LIMITED |
| PA0001955531 | Pour Toi Mon Amour 4 | HYDENTRA HLP INT. LIMITED |
| PA0001931989 | Red Vinyl | HYDENTRA HLP INT. LIMITED |
| PA0001922625 | Room No 023 | HYDENTRA HLP INT. LIMITED |
| PA0001916892 | Saturday Night | HYDENTRA HLP INT. LIMITED |
| PA0001922633 | Snow Fun | HYDENTRA HLP INT. LIMITED |
| PA0001922541 | Sunny Morning | HYDENTRA HLP INT. LIMITED |
| PA0001922543 | Tantra Imaginations | HYDENTRA HLP INT. LIMITED |
| PA0001931427 | The Cove | HYDENTRA HLP INT. LIMITED |
| PA0001922527 | The Heat | HYDENTRA HLP INT. LIMITED |
| PA0001922429 | Upper West Side | HYDENTRA HLP INT. LIMITED |
| PA0001955461 | Waiting for Rain | HYDENTRA HLP INT. LIMITED |
| PA0001931988 | Waltz With Me - Autumn | HYDENTRA HLP INT. LIMITED |
| PA0001931424 | Waltz With Me - Winter | HYDENTRA HLP INT. LIMITED |