UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a METART FILMS,

Plaintiff,

v.

CHRIS STACH, individually and d/b/a SIMPLE COM, INC., SIMPLE COM, INC., a Washington company, JOHN DOE, individually and d/b/a COLLECTIONOFBESTPORN.COM, and JOHN DOES 2-20,

Defendants.

No. 2:16-CV-00120-SMJ

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING FILE**

The Plaintiff filed this action on April 15, 2016. ECF No. 1. To date, the Plaintiff has not served the Defendants with the summons and complaint. The Court previously ordered the Plaintiff to serve Defendants with the complaint by November 11, 2016 or risk dismissal of their complaint pursuant to Federal Rule of Civil Procedure 4(m). ECF No. 7. Plaintiff failed to follow this Court's order. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS HEREBY ORDERED**. The Clerk's Office is directed to enter this Order, provide copies to all counsel, and **CLOSE** the file.

**DATED** this 27th day of January 2017.

SALVADOR MENDOZA, JR.
United States District Judge